# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK
### INITIAL APPEARANCE CALENDAR

**15M1040**

1) Magistrate Case Number: _____
2) Defendant's Name: __Rodriguez___  __Ivan___  _____
   (Last)            (First)         (M.I.)
3) Age: _____
4) Title: _____ Section(s): _____
5) Citizen of: _____ Needs: _____ Interpreter
6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: __Yes ___No   Other District: _____
8) Name of Interpreter used today: _____ Language: _____
9) Arraignment on complaint held: __✓__ Yes ___No   Date/Time: 10/30/15
10) Detention Hearing Held: ___ Bail set at: _____ ROR Entered: ___ POD Entered: ___
11) Temporary Order of Detention Entered: __✓__ Bail Hearing set for: 11/3/15 @ 2PM
12) (a) Preliminary Hearing set for: _____ ; or waived: __✓__
    (b) Removal Hearing set for: _____ ; or waived: _____
    (c) Status Conference set for: _____
13) ASSISTANT U.S. ATTORNEY: Nora Penza
14) DEFENSE COUNSEL'S NAME: Michael Schneider
    Address: _____
    Bar Code: _____ CJA: __ FDNY: ✓ RET: __
    Telephone Number: (___) _____
15) LOG #: ( 3:11 - 3:15 )   MAG. JUDGE: Marilyn Go

16) ___ Defendant was advised of bond conditions by the Court and signed the bond.
    ___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____
_____
_____

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20___

_____
UNITED STATES MAGISTRATE JUDGE